IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KENNETH WAYNE DILAS, SR. | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION 610-079 |
| LYNN M. ANDERSON, Sheriff, Bulloch County; JIMMIE McDUFFIE, Sheriff, Effingham County, POOLER POLICE CHIEF, and McINTOSH COUNTY SHERIFF | ) |
| Defendants. | ) |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's case is DISMISSED, with prejudice. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED this 13th day of January, 2011.

B. Avant Edenfield, Judge
United States District Court
Southern District of Georgia